# Incident Report



Institution/Region: Waupun Correctional Institution
IR#: 00527691
Facility/DCC Office: Waupun Correctional Institution
Location of Incident: NWCH
Exact Location of Incident: None

Incident Date: 08/19/2022 — Approximate: ☐
Incident Time: 02:40:01 PM — Approximate: ☑
Staff Member Completing Report: TRITT, KYLE K — Job Title: SUPERVISING OFFICER 2
ID#: 15288
Overall IR Status: Finalized

| Incident Types | | Results/Actions | |
|---|---|---|---|
| ☐ Escape | ☐ Other | Placed in Bed Restraints: | ☐ |
| ☐ Assault | ☐ PREA | Threats: | |
| ☐ Cell Entry | ☐ Physical Injury | Property Damage: | |
| ☐ Fire | ☐ Property Damage | Contraband: | |
| ☐ Death | ☐ Threats | Physical Force: | Electronic Controlled Device |
| ☐ Disturbance | ☐ Accident | Physical Injuries: | |
| ☑ Informational | ☐ Health | | |
| ☐ Discharge Firearm | ☐ Custody | | |
| ☐ Self Harm | ☐ Misconduct | | |
| ☐ LEP (Limited English Proficiency) | ☐ Narcan/Naloxone Administration | | |
| ☐ STG | ☐ Religion | | |
| ☐ Medication Misuse | | | |
| ☐ ADA Related | | | |

Choose up to 3 Types from above*

## Additional Information

Employee on Duty: Yes
Reported to Law Enforcement: Unknown

## Staff Involved (1 - 2 of 2)

| Staff Name | ID | Primary Work Site | Job Title | Involvement Type |
|---|---|---|---|---|
| TRITT, KYLE K | 15288 | Oshkosh Correctional Institution | SUPERVISING OFFICER 2 | Principal |
| BURNS, MATTHEW A | ZZZZZZZ | Oshkosh Correctional Institution | SUPERVISING OFFICER 1 | Principal |

## Offenders Involved (1 - 1 of 1)

| Offender Name | DOC # | Photo | Involvement Type |
| --- | --- | --- | --- |
| NELSON, ANTOINE C. | 250267 |  | Principal |

## Other Persons Involved

| Person's Name (Last, First) | Involvement Type |
| --- | --- |
| No Rows Found | |

## Description of Incident

On 8-19-22 at approximately 2:40pm I Capt. Tritt was in the NWCH observing Juma services let out. I observed Lt. Burns in front of I-19 which housed Nelson, Antoine 250267. I then headed to the front of cell I-19 as well when I heard Lt. Burns yell "drop it" I then observed Nelson coming off the top bunk holding what appeared to be a cell phone in his right hand. I as well as Lt. Burns then both were giving Nelson verbal directive to "set the phone down" as we stepped into the cell. Lt. Burns reached out to grab the phone Nelson quickly pulled back away from Lt. Burns, placed his right arm in the air, and he bladed his body away from us while lowering his center of gravity I unholstered my X26P taser. At this point Nelson was within 3ft of Lt Burns and pointed my X26P taser at Nelson. Nelson's right arm then began making a forward motion. With Lt. Burns being within striking distance of Lt. Burns and not knowing his intentions I activated my X26P taser deploying the probs striking Nelson in the left shoulder area. I then noticed Lt. Burns also deployed his X26P taser striking Nelson in the left shoulder area. Nelson then dropped to a sitting position in the cell. We then both directed Nelson to lay down and to place his hands behind his back. Lt Burns was then able to place on handcuffs as well as double locking them. Nelson was asked if he was ok and he stated ya lets go. The stool in the room was then placed in the closed position allowing for more room in the cell. Lt. Burns then removed all 4 taser probs that were in Nelson left shoulder area. Nelson was assisted to the standing position and he was escorted out of the cell and to RHU by Lt. Burns. This ended my involvement with Nelson. Let it be noted once Nelson was removed from the cell I was able to retrieve pieces of a cell phone that Nelson was able to successfully destroy. Lt. Burns was completing a conduct report. 2546 Completed

Author Status: Submitted for Review by Supv

As of Date: 08/23/2022

Author Signature: K. TRITT 15288

## Actions Taken as Result of Incident

Supervisor Name: GREIL, MELISSA D

Job Title: SUPERVISING OFFICER 2

IR Declared Confidential: No

Primary IR:

## Reasons Returned to Author

None

## Supervisor Comments

Supervisor noticed another Supervisor in front of a cell so he responded to help.
Inmate was told to drop the cell phone but would not comply.
Inmate pulled away from staff.
Supervisor unholstered his Taser.
Inmate was close to staff and began to make a forward motion.
Supervisors both deployed their Taser striking him in the left shoulder.
Inmate complied with Supervisors.
Supervisor removed probes from inmate.

Cell Phone was removed from cell. Inmate was able to destroy the phone.
Inmate was escorted to RHU and placed into TLU.
Inmate refused medical attention.
Conduct Report written.
ADO notified.
DOC 2546 completed

Supervisor IR Status: Submitted to Director/Chief

As of Date: 08/25/2022

Supervisor Signature: M. GREIL 0041872

**Further Action Taken by Security Director/Regional Chief**

Staff Name: PUSICH, YANA S

Job Title: CORR PROGRAM SUPERVISOR

IR Declared Confidential: Yes

**Reason(s) Returned to**

None

**Security Director/Regional Chief Comments**

Informational report. Tazer deployed by both supervisors simultaneously. Internal use of force review assigned to Capt. Bauer and Capt. Westra

Date: 09/01/2022 --- Time: 04:22:16 PM --- User: Y. Pusich

**Referred to Other DOC Staff** (1 - 4 of 4)

| Date | Staff Name | ID | Primary Work Site | Job Title |
|---|---|---|---|---|
| 09/01/2022 | PROPSON, EMILY E | ZZZZZZZ | Waupun Correctional Institution | NOT APPLICABLE |
| 09/01/2022 | HEPP, RANDALL R | ZZZZZZZ | Waupun Correctional Institution | NOT APPLICABLE |
| 09/01/2022 | WESTRA, JEREMY L | 9054 | Waupun Correctional Institution | SUPERVISING OFFICER 2 |
| 09/01/2022 | BAUER, WAYNE A | 5121 | Waupun Correctional Institution | SUPERVISING OFFICER 2 |

Final IR Status: Approved by Director/Chief

As of Date: 09/01/2022

Security Director/Regional Chief Signature: Y. PUSICH 7647