DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-2546 (Rev. 7/2017)

WISCONSIN

# TASER ICE POWER SHIELD ACTIVATION RECORD

**INSTRUCTIONS:** This form must be completed entirety each time the Taser or ICE Power Shield is used. If system activation is necessary, a WICS 2466 Incident Report must be completed and attached to this form.

| INMATE NAME (Last, First) | DOC NUMBER | FACILITY NAME | REPORT DATE |
|---|---|---|---|
| Nelson, Antoine | 250267 | WCI | 08/19/22 |

| USE OF Taser / ICE Power Shield | INCIDENT REPORT NUMBER: | NUMBER OF APPLICATIONS: | LENGTH OF CONTACT (Seconds): |
|---|---|---|---|
| ☒ Activation Required<br>☐ No Activation Required | 527338 | 1 | 5 |

## DEVICE/BODY APPLICATION CHART

**DIRECTIONS:** **Place an "X" in every area the device was placed and circle same area.**




REASON FOR ACTIVATING DEVICE: Staff entered cell and inmate was holding cell phone. Inmate refused to set down phone, made pre attack posture.

| Device: ☒ Taser ☐ ICE Power Shield<br>Taser #9 | Device was applied to (Check one or more): | ☒ Over Clothing<br>☐ Bare Skin | Mode: ☐ Display ☐ Contact<br>☒ Cartridge Deployment |
|---|---|---|---|

DESCRIBE EFFECTS: Inmate continued to break contraband, but effects decentralized inmate to ground.

USER REMARKS: Activation did not prevent the contraband from being broken.

| CONTROL OFFICER SIGNATURE | DATE |
|---|---|
| Lt. [signature] Burns | 8-19-22 |

DISTRIBUTION: Original –Security File

TASER
PROTECT LIFE

EVIDENCE SYNC

**TASER Information**

| | |
|---|---|
| **Serial** | X1300ADYN |
| **Model** | TASER X26P |
| **Firmware Version** | Rev. 04.038 |
| **Application Version** | 3.18.12 |
| **Health** | Good |

**Offline Report**

| | |
|---|---|
| **Local Timezone** | Central Daylight Time (UTC -05:00) |
| **Generated On** | 28 Aug 2022 11:29:54 |

**Dates from : Fri Aug 19 14:00:00 2022 to : Fri Aug 19 15:00:00 2022**

**Device (X26P)**

| **Seq #** | **Local Time** [DD:MM:YYYY hh:mm:ss] | **Event** [Event Type] | **Duration** [Seconds] | **Temp** [Degrees Celsius] | **Batt Remaining** [%] |
|---|---|---|---|---|---|
| 226 | 19 Aug 2022 14:40:22 | Armed | | 27 | 71 |
| 227 | 19 Aug 2022 14:40:26 | Trigger | 5 | | 71 |
| 228 | 19 Aug 2022 14:41:07 | Safe | 45 | 30 | 70 |

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-2546 (Rev. 7/2017)

WISCONSIN

# TASER ICE POWER SHIELD ACTIVATION RECORD

**INSTRUCTIONS:** This form must be completed entirety each time the Taser or ICE Power Shield is used. If system activation is necessary, a WICS 2466 Incident Report must be completed and attached to this form.

| INMATE NAME (Last, First) | DOC NUMBER | FACILITY NAME | REPORT DATE |
|---|---|---|---|
| Nelson, Antoine | 250267 | WCI | 8/19/2022 |

| USE OF Taser / ICE Power Shield | INCIDENT REPORT NUMBER: | NUMBER OF APPLICATIONS: | LENGTH OF CONTACT (Seconds): |
|---|---|---|---|
| ☒ Activation Required<br>☐ No Activation Required | 527691 | 1 | 5 |

**DEVICE/BODY APPLICATION CHART**

**DIRECTIONS:** **Place an "X" in every area the device was placed and circle same area.**




REASON FOR ACTIVATING DEVICE:

| | | | |
|---|---|---|---|
| Device: ☒ Taser ☐ ICE Power Shield | Device was applied to (Check one or more): | ☒ Over Clothing<br>☐ Bare Skin | Mode: ☐ Display ☐ Contact<br>☒ Cartridge Deployment |

DESCRIBE EFFECTS: The inmate yelled and dropped to the kneeling position

USER REMARKS: The taser was affective in gaining compliance from Nelson

| CONTROL OFFICER SIGNATURE | DATE |
|---|---|
| Capt T (Tritt) | 8-23-22 |

DISTRIBUTION: Original –Security File

TASER PROTECT LIFE | EVIDENCE SYNC

**TASER Information**

**Serial** X1300A9HP

**Model** TASER X26P

**Firmware Version** Rev. 04.038

**Application Version** 3.18.12

**Health** Good

**Offline Report**

**Local Timezone** Central Daylight Time (UTC -05:00)

**Generated On** 29 Aug 2022 06:37:45

**Dates from : Fri Aug 19 14:00:00 2022 to : Fri Aug 19 15:00:00 2022**

**Device (X26P)**

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 576 | 19 Aug 2022 14:46:07 | Armed | | 28 | 36 |
| 577 | 19 Aug 2022 14:46:12 | Trigger | 5 | | 36 |
| 578 | 19 Aug 2022 14:46:17 | Safe | 10 | 28 | 36 |
| 579 | 19 Aug 2022 14:46:20 | Armed | | 29 | 36 |
| 580 | 19 Aug 2022 14:46:58 | Safe | 38 | 31 | 36 |