IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ANTOINE NELSON,

      Plaintiff,

    v.                                    Case No. 25-CV-0032

KYLE TRITT, ET AL.

      Defendants.

## SUPPLEMENTAL DECLARATION OF KYLE TRITT

I, **KYLE TRITT**, declare pursuant to 28 U.S.C. § 1746 and under the penalty of perjury, that the following is true and correct.

1. I make this declaration as a supplement to the Declaration of Kyle Tritt dated October 23, 2025, in the above-captioned matter (Dkt. 17.)

2. In August 2022, security supervisors at Waupun Correctional Institution (Waupun) did not regularly wear body worn cameras. The only staff who wore body worn cameras on a regular basis were security staff assigned to the Restrictive Housing unit. In a situation such as the one at issue in this case, where it was necessary for Lt. Burns and I to react quickly, we were not wearing body worn cameras.

3. Currently, Waupun requires security staff in the Restrictive Housing unit and security supervisors to wear body worn cameras at all times.

4. I have verified that the video footage of the cell hall range Mr. Nelson

was housed on during the August 29, 2022 incident was not preserved. Regardless, the range footage would not have shown the inside of Mr. Nelson's cell where the tasers were activated.

5. Concerning the timing inconsistency on the Taser Activation Records, according to the Axon Taser website, it is not uncommon for a time to be off on an X-26P Taser. Axon is aware of this and they refer to it as "Clock drift". There are a variety of factors affecting clock drift, including on how old the components are, the temperature, power supply, and how often it is connected to the Evidence Sync software. It is just like any other electrical device that has its own power source, and the time can drift up to two minutes per month. A true and accurate copy of an excerpt from Axon's website is attached hereto as **Exhibit 1004**.

6. The specific taser I used on August 29, 2022 was assigned a serial number in February 2020, meaning it was already 2.5 years old.

7. There is no way for staff to retroactively edit the timing on the X-26P Taser.

*Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements in the foregoing declaration are true and correct.*

Executed on December 11, 2025.

s/ Kyle Tritt
**Kyle Tritt**