

## Time is off by Minutes/Hours on Logs

Over time the clock on a X2/X26P can drift. Clock drift is a phenomenon where a specific clock runs faster or slower than a reference clock. ==All clocks, digital or analog, can drift for various amounts of time based on many factors including; natural component tolerances, environment temperature, power supply, age of components, etc. Periodic time synchronization is needed to keep the time accurate on the energy weapon. If an energy weapon is not connected to Evidence Sync for an extended period of time the time shown on logs can be off from what is expected due to the drift of the clock==. The time drift on the X2/X26P can be up to +/- 2 minutes per month.

*==There is no way to retroactively update or edit the logs,== however there may be methods to calculate the accurate time. If you require more information about how our energy weapons log events please attend a training course (Click here for TASER Training) or if you require information involving an active investigation or clock correction calculation, please contact our Investigations Department (link to Investigations ).*

### How did we do? Please let us know. Provide feedback

Axon, the Delta Logo, TASER, the TASER Lightning Bolt Logos, and other capitalized brand names are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. For more information, visit www.axon.com/trademarks. All other trademarks are property of their respective owners. All rights reserved. © 2024 Axon Enterprise, Inc.