# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| ANTOINE NELSON | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-32 |
| TRITT, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

ANTOINE NELSON

Date:  05/12/2026

_____
*Attorney's signature*

GARY R. GEORGE  1004216
*Printed name and bar number*

P.O. BOX 1605
MILWAUKEE WI 53201

*Address*

garyrgeorgelawoffices@gmail.com
*E-mail address*

(414) 397-8050
*Telephone number*

(262) 375-9050
*FAX number*