# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ANTOINE NELSON,

          **Plaintiff,**

    **v.**                                          **Case No. 25-CV-32**

**KYLE TRITT, et al.**

          **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 5/26/2026
Time Commenced: 11:33 a.m.        Concluded: 11:39 a.m.
Deputy Clerk: LEH        Court Reporter: N/A

APPEARANCES:

Plaintiff: By Attorney Gary George and Nathaniel Cade Jr

Defendants: By Attorney Bradley Soldon

Nature of Conference: Telephonic Status Conference

Notes: The parties updated the Court on the status of settlement negotiations. The parties remain in discussions. The parties will appear telephonically for a conference on July 20, 2026 at 10:30 a.m.